ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 440-9247
Facsimile: (808) 656-1370
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROSENTO T. AUNU, ) <br> ) <br> Defendant. ) <br> ) | Criminal No.: CR 05-00091 <br><br> AMENDED INFORMATION <br> Citation No.: A1459402/H-14 <br><br> 18 U.S.C. § 13; <br> H.R.S. § 291-12 <br> A & P Date: 14 Jun 05 |

AMENDED INFORMATION

The United States Attorney charges that:

On or about November 27, 2004, on Tripler Army Medical Center, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ROSENTO T. AUNU, Defendant herein, unlawfully operated a vehicle without due care or in a manner to cause a collision with, or injury or damage to, any person, vehicle or other property.

All in violation of Hawaii Revised Statute HRS 291-12, a Federal offense pursuant to Title 18, United States Code, Section 13.

DATED: May 31, 2006, Honolulu, Hawaii.


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By_____
GABRIEL COLWELL
Special Assistant U.S. Attorney


U.S. v. ROSENTO T. AUNU
CR. No. 05-00091
"AMENDED INFORMATION"

2