ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: shanlyn_park@fd.org

Attorney for Defendant
ROSENTO T. AUNU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No.: 05-0091 |
| | ) Citation No.: A1459402 H14 |
| Plaintiff, | ) |
| | ) |
| vs. | ) WAIVER OF APPEARANCE |
| | ) AND GUILTY PLEA |
| ROSENTO T. AUNU, | ) |
| | ) H.R.S. §§ 291-12; 18 U.S.C. § 13 |
| Defendant. | ) |
| | ) Trial Date: June 13, 2006 |
| | ) |

## WAIVER OF APPEARANCE AND GUILTY PLEA

1. In accordance with Rule 43c(2), Federal Rules of Criminal Procedure, I do hereby waive my right to be present for arraignment, plea, trial, and the imposition of sentence.

Waiver of Appearance and Guilty Plea
Fine: $50.00   + S/A $ 5.00
Total: $ 55.00   Paid 6/1/06
Receipt # 255294 and
255293

2.      I hereby waive my right to trial, judgment, and sentencing before a United States District Judge and whatever right I may have to a jury trial; and I hereby consent to trial before a United States Magistrate Judge. I do also waive my right to testify in person, the right to confront the government's witnesses, and the right to offer witnesses and testify on my own behalf.

3.      I understand I have the right to an attorney, and if I cannot afford one, one will be appointed to represent me at no cost.

4.      I understand I am charged with the following offense: On or about November 27, 2004, on Aliamanu Military Reservation, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ROSENTO T. AUNU, defendant herein, did operate a motor vehicle without due care against property. All in violation of Hawaii Revised Statute 291-12, a Federal offense pursuant to Title 18, United States Code, Section 13.

5.      I understand that for the above-charged offense, I may be subject to the following penalties pursuant to H.R.S. 291-12: A person committing the offense of operating a vehicle without due care against property shall be sentenced as follows: shall be fined not more than $500 or imprisoned not more than thirty days or both. Additionally, a $5 special assessment fee will be assessed as to the charge.

6.      I hereby tender a plea of guilty to the above-charged offense of on November 27, 2004, at Aliamanu Military Reservation, Hawaii, violating H.R.S. 291-12, a federal offense pursuant to 18 U.S.C. Section 13.

7.      I hereby agree to tender a fine of $50, plus the special assessment of $5, for a total of $55 as the entry of judgment, with the understanding the attorney for the government will accept this judgment. I

understand any payment of fine will be paid to and coordinated through the **Clerk's Office, United States District Court**, District of Hawaii, and that I must enter the information requested below.

*Rosento Aunu*
ROSENTO T. AUNU (PRINT)

*Rosento T. A*
ROSENTO T. AUNU (SIGN)

05/17/06
Date

(808) 848-4812
Home telephone number

1823 Kalani ST #6
Address

Business telephone number

Honolulu, HI 96819
City, State, Zip Code

I CONSENT TO THIS ACTION.

5/19/06
Dated

*[signature]*
GABRIEL COLWELL
Special Assistant U.S. Attorney

APPROVED AND SO ORDERED.

JUN 01 2006
Dated

*[signature]*
UNITED STATES MAGISTRATE JUDGE

USA vs. ROSENTO AUNU
Criminal No. 05-91
WAIVER OF APPEARANCE AND GUILTY PLEA