AO83

# Court Copy

**U.S. District Court - Hawaii**

Receipt for Payment

For Internal Use Only
Receipt   235293
Trans     140141

Received From:   ROSENTO AUNO
Case Number:     CR 05-91-01
Reference Number:

| | Money Order | 50.00 |
|---|---|---|
| | Total | 50.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| FINES, PENALTIES - CVB | 504100 | 1 | 50.00 |
| | | Total | 50.00 |
| | | Tend | 50.00 |
| | | Due | 0.00 |

06/01/2006 11:17:07 AM     Deputy Clerk: et/AG