AO83

# Court Copy

**U.S. District Court - Hawaii**
Receipt for Payment

For Internal Use Only
Receipt   235294
Trans     140142

Received From:  ROSENTO AUNO
Case Number:    CR 05-91-01
Reference Number:

| | | |
|---|---|---|
| Money Order | | 5.00 |
| Total | | 5.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| FINES, PENALTIES - CVB | 504100 | 1 | 5.00 |

Total   5.00
Tend    5.00
Due     0.00

06/01/2006 11:17:24 AM    Deputy Clerk: et/AG