ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 1 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII   CR 05-91

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No.: CR-04-00456 |
| | ) Citation No.: A1123292 |
| Plaintiff, | ) |
| | ) |
| vs. | ) NOTICE OF COMPLIANCE |
| | ) WITH SENTENCE |
| ROSENTO AUNU, | ) |
| | ) |
| Defendant. | ) Compliance Date: 13 June 2006 |
| | ) |

NOTICE OF COMPLIANCE WITH SENTENCE

COMES NOW THE PLAINTIFF, the United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney, and GABRIEL COLWELL, Special Assistant United States

Attorney, and hereby notifies the Court that defendant, ROSENTO AUNU, has complied with the sentence requirements imposed on June 6, 2006.

DATED: _____JUN 0 1 2006_____, Honolulu, Hawaii.

EDWARD H. KUBO, JR
United States Attorney
District of Hawaii


By _____/s/_____
GABRIEL COLWELL
Special Assistant U.S. Attorney


U.S. v. ROSENTO AUNU
CR. No. 05-00091
"NOTICE OF COMPLIANCE"

2